IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| OTSUKA PHARMACEUTICAL CO., LTD., | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-740 (SB) ) |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following case deadlines are extended as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Expert Reports | 9/25/25 | 10/21/25 |
| Responsive Expert Reports | 11/6/25 | 12/2/25 |
| Reply Expert Reports | 12/4/25 | 12/30/25 |
| Plaintiff's Sur-Reply Expert Report on Secondary Considerations | 12/30/25 | 1/27/26 |

All other deadlines shall remain unchanged. Pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of this request to their respective clients.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | KRATZ & BARRY LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ R. Touhey Myer* |
| Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jtigan@morrisnichols.com | R Touhey Myer (#5939)<br>800 North West Street<br>Wilmington, DE  19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com |
| *Attorneys for Plaintiff Otsuka Pharmaceutical Co., Ltd.* | *Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.* |

September 4, 2025

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE