IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUN PHARMACEUTICAL INDUSTRIES ) <br> LIMITED and SUN PHARMACEUTICAL ) <br> INDUSTRIES, INC., ) <br> ) <br> Defendants. ) | C.A. No. 24-740 (SB) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following case deadlines are extended as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Expert Reports | 9/25/25 | 10/21/25 |
| Responsive Expert Reports | 11/6/25 | 12/2/25 |
| Reply Expert Reports | 12/4/25 | 12/30/25 |
| Plaintiff's Sur-Reply Expert Report on Secondary Considerations | 12/30/25 | 1/27/26 |

All other deadlines shall remain unchanged. Pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of this request to their respective clients.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | KRATZ & BARRY LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ R. Touhey Myer* |
| Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com | R Touhey Myer (#5939)<br>800 North West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com |
| *Attorneys for Plaintiff Otsuka Pharmaceutical Co., Ltd.* | *Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.* |

September 4, 2025

    SO ORDERED this 5th day of September, 2025.

The Court will not look kindly on further requests for extensions.

                                        The Honorable Stephanos Bibas
                                        Circuit Court Judge, sitting by designation