# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., | : |
| *Plaintiff*, | : C.A. No. 1:24-cv-00740-SB |
| v. | : |
| SUN PHARMACEUTICAL INDUSTRIES LTD. and SUN PHARMACEUTICAL INDUSTRIES INC., | : |
| *Defendants*. | : |

## UNOPPOSED MOTION TO EXTEND TIME

Defendants, Sun Pharmaceutical Industries Ltd. and Sun Pharmaceutical Industries Inc. (collectively, "Defendants" or "Sun") respectfully move to extend the deadlines related to expert reports. The Parties have conferred and Plaintiff does not oppose Defendants' request for extension. This extension request shall not affect deadlines as prescribed by the Scheduling Order (D.I. 17).

The Court has entered one prior Order extending expert reporting deadlines in this case, in which the Court stated it "will not look kindly on further requests for extensions." (D.I. 55) Considering this language, Counsel for Defendants are available at the convenience of the Court to discuss this Unopposed Motion to Extend Time.

Accordingly, Defendants request the Court extend the expert reporting deadlines as outlined below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Responsive Expert Reports | 12/2/2025 | 12/12/2025 |
| Reply Expert Reports | 12/30/2025 | 1/9/2026 |
| Plaintiff's Sur-Reply Expert Report on Secondary Considerations | 1/27/2026 | 2/6/2026 |

    Pursuant to D. Del. L.R. 16.4, counsel for the parties hereby certify that they have provided a copy of this stipulation to their respective clients.

    SO ORDERED this _____ day of _____, 2025.

_____
HON. STEPHANOS BIBAS
Judge, U.S. Court of Appeals for the Third Circuit

| | |
|---|---|
| Dated: December 1, 2025 | **KRATZ & BARRY LLP** |

/s/ R Touhey Myer
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz *(Pro Hac Vice)*
George J. Barry III *(Pro Hac Vice )*
John Thallemer *(Pro Hac Vice)*
KRATZ & BARRY, LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com
jthallemer@kratzandbarry.com

Michael P. Hogan *(Pro Hac Vice)*
KRATZ & BARRY LLP
P.O. Box 63765
622 S. 4th Street
Philadelphia, PA 19147
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendants,*
*Sun Pharmaceutical Industries Ltd.*
*and Sun Pharmaceutical Industries, Inc.*